```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

        20-CR-340 (VEC)

JUSTINE BARAJAS,

        ORDER

               Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant appeared for an arraignment on July 24, 2020; and

    WHEREAS Defendant pled not guilty;

    IT IS HEREBY ORDERED that a status conference is scheduled for **August 26, 2020, at 2:00 p.m.**

    IT IS FURTHER ORDERED that time is excluded from July 24, 2020, until August 26, 2020 because the Court finds that the Defendant's interests in being able to review discovery and to consult with his attorney are substantially impaired by the current restrictions on attorney-visiting at the Metropolitan Correctional Center caused by the COVID-19 pandemic and that his need for additional time to consult with counsel and to review discovery outweigh the public's interest in a speedy trial.

**SO ORDERED.**

**Dated: July 28, 2020**
    **New York, NY**

                                                  _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**