USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA           :

          -against-                           :          20-CR-340 (VEC)

   JUSTINE BARAJAS,                   :          ORDER

                    Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Defendant appeared for an arraignment on July 24, 2020;

    WHEREAS Defendant pled not guilty;

    WHEREAS a status conference was scheduled for August 26, 2020, at 2:00 p.m.; and

    WHEREAS Defendant has waived both physical and telephonic appearance at the August 26 status conference;

    IT IS HEREBY ORDERED that the status conference for Defendant shall be conducted by teleconference on August 26, 2020, at 2:00 p.m.  At the scheduled time, counsel for all parties should call 888-363-4749, Access code 3121171#, Security code 0340.

**SO ORDERED.**

**Dated: August 21, 2020**
      **New York, NY**

                                                      _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**