```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA         :
                                 :
        -against-                :
                                 :            20-CR-340 (VEC)
                                 :
JUSTINE BARAJAS,                 :            ORDER
                                 :
                    Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is scheduled for October 28, 2020, at 2:30 p.m.; and

WHEREAS Defendant has waived his appearance and consented to conducting the conference as a teleconference;

IT IS HEREBY ORDERED that the October 28, 2020 status conference shall be conducted as a teleconference. The parties may dial-in using (888) 363-4749, Access code 3121171#, Security code 0340#.

**SO ORDERED.**

**Dated: October 21, 2020**
         **New York, NY**

                                          _____
                                          **VALERIE CAPRONI**
                                          **United States District Judge**