USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA             :

       -against-                          :                    20-CR-340 (VEC)

  JUSTINE BARAJAS,                    :                    <u>ORDER</u>

                    Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 16, 2021, the parties appeared before the Court for a change-of-plea hearing;

       WHEREAS at the March 16, 2021 hearing, Defendant pled guilty to the Indictment; and

       WHEREAS the Court accepted Defendant's guilty plea;

       IT IS HEREBY ORDERED that sentencing is scheduled for **June 22, 2021, at 10:00 a.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. Sentencing submissions from both sides are due not later than **June 8, 2021**.

**SO ORDERED.**

**Dated: March 17, 2021**
       **New York, NY**

                                                                  **VALERIE CAPRONI**
                                                                  **United States District Judge**