USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
  UNITED STATES OF AMERICA      :
                                                      :
              -against-                  :
                                                     :           20-CR-340 (VEC)
                                                     :
  JUSTINE BARAJAS,                    :                ORDER
                                                     :
                           Defendant.    :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that a Violation of Supervised Release Hearing is scheduled for **Tuesday, July 18, 2023, at 2:30 P.M.** in Courtroom **443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated: July 11, 2023**
     **New York, NY**

                                                          **VALERIE CAPRONI**
                                               **United States District Judge**