USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                  :
                                             :
         -against-                           :
                                             :   20-CR-340 (VEC)
                                             :
   JUSTINE BARAJAS,                          :        ORDER
                                             :
                           Defendant.        :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a Violation of Supervised Release Hearing is currently scheduled for Tuesday, July 18, 2023, at 2:30 P.M. in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007; and

WHEREAS Defense counsel is no longer available at that time;

IT IS HEREBY ORDERED that the hearing is adjourned until **Friday, July 28, 2023 at 2:30 P.M.**

**SO ORDERED.**

**Dated: July 17, 2023**
    **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**