USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :
                                    :
          -against-            :
                                    :          20-CR-340 (VEC)
                                    :
   JUSTINE BARAJAS,                :          <u>ORDER</u>
                                    :
                   Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the status conference scheduled for **Friday, January 16, 2024,** at **2:30 P.M.** is CANCELED.

**SO ORDERED.**

**Dated: November 29, 2023**
      **New York, NY**

                                              _____
                                              **VALERIE CAPRONI**
                                        **United States District Judge**